**Order entered July 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00813-CV

## IN RE TEXAS HEALTH RESOURCES AND TRUMBULL INSURANCE COMPANY, Relators

**Original Proceeding from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 15-02252**

## ORDER

Before the Court is relator's motion to transfer to this Court the documents inspected by the trial court *in camera* in conjunction with the trial court's determination of realtors' claims of privilege with respect to the "Part II - Claim Diary Notes" that are the subject of the petition for writ of mandamus in this case. We **GRANT** the motion to transfer the documents and **ORDER** the trial court to transmit to this Court under seal within **two (2) days of the date of this order** the documents the trial court reviewed in rendering its June 29, 2015 and July 1, 2015 orders regarding the production of the "Part II - Claim Diary Notes" documents. We **DIRECT** the Clerk of Court to provide a copy of this order to all parties and the trial judge by electronic transmission.

/s/      CAROLYN WRIGHT
         CHIEF JUSTICE